IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOAN L. GILLHAM,<br><br>    Plaintiff,<br><br>v.<br><br>VIRGIN ISLANDS SUPREME COURT et al.,<br><br>    Defendants. | No. 3:22-cv-00611-M-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 11, 2022. (ECF No. 57). The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. Accordingly, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**, this 27 day of July, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE

1